**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-02469-LTB

SOVEREIGN HUNTER LEE WEEKS,

    Applicant,

v.

JUDGE DEVON R. ODELL,

    Respondent.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Applicant's "Motion to Appoint Counsel" (Doc. #11), "Motion to Appear by Phone" (Doc. #12), "Motion for Leave to File Amended Writ of Habeus [sic] Corpus" (Doc. #13), and "Motion to File Amendment" (Doc. #14), all of which were filed on October 25, 2011, are DENIED as moot because this action was dismissed by order filed on October 17, 2011.

Dated: October 26, 2011